|   |   |
|---|---|
| 1 | **CLANCY LAW OFFICES** |
|   | 7 South Second Avenue |
| 2 | St. Charles, Illinois 60174 |
|   | Telephone: 630-584-7666 |
| 3 | Facsimile: 630-584-1649 |
| 4 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To: | |
| John Stumpe, et al. v. Merck & Co., Inc., et al., (06-0725 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Ruby Hornig, Individually and as Special Administrator of the Estate of Leroy A. Hornig, v. Merck & Co., Inc., et al., (06-2869 CRB) | |
| June Nei, et al., v. G.D. Searle, LLC, et al., (06-6221 CRB) | |

Come now all remaining Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice**, with each side bearing its own

//
//
//
//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 | attorney's fees and costs.

DATED: 3/26, 2010     By: _____
Michael W. Clancy
**CLANCY LAW OFFICES**
7 South Second Avenue
St. Charles, Illinois 60174
Telephone: 630-584-7666
Facsimile: 630-584-1649

*Attorneys for Plaintiffs*

DATED: April 28, 2010     By: _____
Michelle W. Sadowsky
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 5-11-2010     _____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE